[No. 30422-4-I. Division One. February 8, 1993.]

DAVID HETLAND, *Respondent*, v. CHRIST CHURCH OF NORTHGATE, ET AL, *Appellants*.

Appeal from judgments of the Superior Court for King County, No. 82-2-16920-0, Dale B. Ramerman, J., entered April 16, 1990, and October 22, 1991. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman and Baker, JJ.

[No. 28582-3-I. Division One. February 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN DOUGLAS DODGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00293-9, Mary Wicks Brucker, J., entered June 7, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 27411-2-I. Division One. February 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY MARK BARRON, ET AL, *Defendants*, MICHAEL BUEING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-02120-0, Robert E. Dixon, J., entered November 20, 1990. *Affirmed* by unpublished per curiam opinion.